1 | GARY M. RESTAINO
United States Attorney
2 | District of Arizona
ANGELA W. WOOLRIDGE
3 | Assistant United States Attorney
Arizona State Bar No. 022079
4 | United States Courthouse
405 W. Congress Street, Suite 4800
5 | Tucson, Arizona 85701
Telephone: 520-620-7300
6 | Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE DISTRICT OF ARIZONA

9

| United States of America, | No. | CR22-0596-TUC-JGZ-LAB |
|---|---|---|
| Plaintiff, | | **S U P E R S E D I N G  I N D I C T M E N T** |
| vs. | VIO: | 18 U.S.C. § 554(a) (Smuggling Goods from the United States) Counts 16, 26, 33, 40 |
| 1. Luis Fernando Cruz Valenzuela, (Counts 1-16) | | |
| 2. Carlos Abel Cruz, (Counts 17-26) | | 18 U.S.C. §§ 922(a)(6) & 924(a)(2) (Making False Statements in Connection with Acquisition of Firearms) Counts 1-15, 17-25, 27-32, 34-39 |
| 3. Guillermo Estrella, (Counts 27-33) | | |
| 4. Alberto Rufino Espinoza, (Counts 34-40) | | 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); 50 U.S.C. § 4819(d)(1)(C) Forfeiture Allegation |
| Defendants. | | |

**THE GRAND JURY CHARGES:**

**<u>COUNTS 1-15</u>**

On or about the dates listed below, in the District of Arizona, Defendant LUIS FERNANDO CRUZ VALENZUELA knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information

required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant LUIS FERNANDO CRUZ VALENZUELA, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | FFL | Firearm |
|-------|------|-----|---------|
| 1 | 12/15/2021 | SnG Tactical | Century Arms VSKA 7.62 rifle |
| 2 | 12/15/2021 | SnG Tactical | Canik METE SFT 9mm pistol |
| 3 | 12/18/2021 | Turner's Outdoorsman | Smith & Wesson M&P15 5.56 rifle |
| 4 | 01/06/2022 | Turner's Outdoorsman | Kaleshnikov USA KR103 7.62 rifle |
| 5 | 01/17/2022 | SnG Tactical | Century Arms VSKA 7.62 rifle |
| 6 | 01/22/2022 | SnG Tactical | Glock 23 Gen 5 .40 caliber pistol |
| 7 | 02/03/2022 | SnG Tactical | Glock 22 Gen 5 .40 caliber pistol |
| 8 | 02/03/2022 | Turner's Outdoorsman | Glock 23 Gen 5 .40 caliber pistol |
| 9 | 02/05/2022 | Murphy's Guns | Glock 17 Gen 5 9mm caliber pistol |
| 10 | 02/05/2022 | James 410 Guns & Ammo | Glock 17 Gen 5 9mm caliber pistol |
| 11 | 02/17/2022 | Turner's Outdoorsman | Glock 17 Gen 5 9mm caliber pistol |
| 12 | 02/21/2022 | SnG Tactical | Glock 22 Gen 5 .40 caliber pistol |
| 13 | 02/22/2022 | Diamondback Shooting Sports | Glock 22 .40 caliber pistol |
| 14 | 03/01/2022 | Diamondback Shooting Sports | Glock 17 9mm caliber pistol |
| 15 | 03/01/2022 | Sportsman's Warehouse | Glock 19 9mm caliber pistol |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 16

Between or about December 15, 2021, and March 1, 2022, in the District of Arizona, Defendant LUIS FERNANDO CRUZ VALENZUELA knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: two Century Arms VSKA 7.62 rifles, one Canik METE SFT 9mm pistol, one Smith & Wesson M&P15 5.56 rifle, one Kaleshnikov USA KR103 7.62 rifle, one Glock model 17 9mm caliber pistol,  three Glock model 17 Gen 5 9mm caliber pistols, one Glock model 19 9mm caliber pistol, one Glock model 22 .40

caliber pistol, two Glock model 22 Gen 5 .40 caliber pistols, two Glock model 23 Gen 5 .40 caliber pistols, six 9mm caliber magazines, and two .40 caliber magazines, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

### COUNTS 17-25

On or about the dates listed below, in the District of Arizona, Defendant CARLOS ABEL CRUZ knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant CARLOS ABEL CRUZ, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | FFL | Firearm |
|-------|------|-----|---------|
| 17 | 01/07/2022 | Diamondback Shooting Sports | Zastava ZPAP M70 7.62 rifle |
| 18 | 01/17/2022 | SnG Tactical | Century Arms VSKA 7.62 rifle |
| 19 | 01/22/2022 | SnG Tactical | Glock 23 Gen 5 .40 pistol |
| 20 | 02/05/2022 | Murphy's Guns | Glock 17 9mm pistol |
| 21 | 02/05/2022 | James 410 Guns & Ammo | Glock 22 .40 pistol |
| 22 | 02/17/2022 | Turner's Outdoorsman | Glock 17 Gen 5 9mm pistol |
| 23 | 02/25/2022 | Murphy's Guns | Glock 17 Gen 5 9mm pistol |
| 24 | 03/01/2022 | Diamondback Shooting Sports | Glock 22 .40 pistol |
| 25 | 03/01/2022 | Sportsman's Warehouse 132 | Glock 17 9mm pistol |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 26

Between or about January 7, 2022, and March 1, 2022, in the District of Arizona, Defendant CARLOS ABEL CRUZ knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one Zastava Arms model ZPAP M70 7.62x39mm rifle, one Century Arms model VSKA 7.62x39mm rifle, one Glock model 23 Gen 5 .40 caliber pistol, two Glock model 17 9mm caliber pistols, two Glock model 22 .40 caliber pistols, and two Glock model 17 Gen 5 9mm caliber pistols, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## COUNTS 27-32

On or about the dates listed below, in the District of Arizona, Defendant GUILLERMO ESTRELLA knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant GUILLERMO ESTRELLA, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | FFL | Firearm |
|-------|------|-----|---------|
| 27 | 02/22/2022 | Murphy's Guns | Glock 19 Gen 5 9mm pistol |
| 28 | 02/25/2022 | Sportsman's Warehouse 132 | Glock 17 9mm pistol |

| 29 | 03/14/2022 | The Hub | Glock 22 .40 pistol |
|----|------------|---------|---------------------|
| 30 | 03/14/2022 | SnG Tactical | Glock 22 .40 pistol |
| 31 | 03/25/2022 | The Hub | Glock 19X 9mm pistol |
| 32 | 03/25/2022 | Diamondback Shooting Sports | Glock 23 .40 pistol |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 33

Between or about February 22, 2022, and March 25, 2022, in the District of Arizona, Defendant GUILLERMO ESTRELLA knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one Glock model 19 Gen 5 9mm caliber pistol, one Glock model 17 9mm pistol, two Glock model 22 .40 caliber pistols, one Glock model 19X 9mm pistol, and one Glock model 23 .40 caliber pistol, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## COUNTS 34-39

On or about the dates listed below, in the District of Arizona, Defendant ALBERTO RUFINO ESPINOZA knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ALBERTO RUFINO ESPINOZA, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

*United States of America v. Luis Fernando Cruz Valenzuela, et al.*
*Superseding Indictment Page 5 of 8*

| Count | Date | FFL | Firearm |
|-------|------|-----|---------|
| 34 | 02/22/2022 | Murphy's Guns | Glock 19 Gen 5 9mm pistol |
| 35 | 02/25/2022 | Sportsman's Warehouse 132 | Glock 17 9mm pistol |
| 36 | 02/25/2022 | SnG Tactical | Glock 17 9mm pistol |
| 37 | 03/14/2022 | The Hub | Glock 27 .40 pistol |
| 38 | 03/23/2022 | SnG Tactical | Glock 17 9mm pistol |
| 39 | 03/25/2022 | The Hub | Glock 17 9mm pistol |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 40

Between or about February 22, 2022, and March 25, 2022, in the District of Arizona, Defendant ALBERTO RUFINO ESPINOZA knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one Glock model 19 Gen 5 9mm caliber pistol, four Glock model 17 9mm pistols, and one Glock model 27 .40 caliber pistol, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Forty of the Indictment Defendants LUIS FERNANDO CRUZ-VALENZUELA, CARLOS ABEL CRUZ, GUILLERMO ESTRELLA, and ALBERTO RUFINO ESPINOZA shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

*United States of America v. Luis Fernando Cruz Valenzuela, et al.*
*Superseding Indictment Page 6 of 8*

- eight Glock model 17 9mm caliber pistols, serial numbers BUMU760, BVFK535, BWFB398, BUMY906, BVFU369, BSVU882, BWMR020, and BNMG655

- five Glock model 17 Gen 5 9mm pistols, serial numbers ABPV833, BWFM509, BUXX254, BFLC581, and ABPV834

- one Glock model 19 9mm caliber pistol, serial number BVHA607

- two Glock model 19 9mm Gen 5 caliber pistols, serial numbers BVUB406 and BVXT487

- one Glock model 19X 9mm pistol, serial number BPMG846

- five Glock model 22 .40 caliber pistols, serial numbers GGD990, AGEH511, BVNP169, BVER991, and BUSD451

- two Glock model 22 Gen 5 .40 caliber pistols, serial numbers BVVD148 and BUCS574

- one Glock model 23 .40 caliber pistol, serial number KCD344

- three Glock model 23 Gen 5 .40 caliber pistols, serial numbers BVCZ355, BVVH347 and BVVH349

- one Glock model 27 .40 caliber pistol, serial number BVLK372

- one Zastava Arms model ZPAP M70 7.62x39mm caliber rifle, serial number Z70-106715

- three Century Arms model VSKA 7.62x39mm caliber rifles, serial numbers SV7105267, SV7095318, SV7105203

- one Canik model METE SFT 9mm pistol, serial number 21CC19188

- one Smith & Wesson model M&P 15 5.56 caliber rifle, serial number TT78139

- one Kaleshnikov USA model KR103 7.62x39mm caliber rifle, serial number K3R0007046

Upon conviction of Count Sixteen of the Indictment, Defendants LUIS FERNANDO CRUZ-VALENZUELA, CARLOS ABEL CRUZ, GUILLERMO ESTRELLA, and ALBERTO RUFINO ESPINOZA shall forfeit to the United States pursuant to Title 50, United States Code, Section 4819(d)(1)(C), any property constituting

an item or technology that was exported or intended to be exported in violation of the offense, including, but not limited to: six 9mm caliber magazines and two .40 caliber magazines.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 924(d), Title 50, United States Code, Section 4819(d)(1)(C), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

*/s/*

FOREPERSON OF THE GRAND JURY
Dated: June 29, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s/*

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Luis Fernando Cruz Valenzuela, et al.*
*Superseding Indictment Page 8 of 8*